David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
wadea@cmtlaw.com
WatkinsS@cmtlaw.com
**CARLSON & MESSER LLP**
9841 Airport Boulevard, Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant
CREDIT CONTROL SERVICES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SLOATMAN, III and KATHRYN THYNE,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL SERVICES, INC.; DOES 1 through 10,<br><br>Defendants. | CASE NO.:<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1446(a), Defendant, CREDIT CONTROL SERVICES, INC. ("Defendant"), hereby removes to this Court the civil action described below, as it involves a federal question.

1. On March 10, 2017, Plaintiffs JOHN SLOATMAN, III and KATHRYN THYNE ("Plaintiffs") filed a civil action in the Superior Court of the State of California, County of Los Angeles, entitled JOHN SLOATMAN, III and KATHRYN THYNE v. CREDIT CONTROL SERVICES, INC., and DOES 1-10, Case No. 17K03068. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was served on Defendant on March 15, 2017.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 U.S.C. § 1446(b).

4. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.) and Telephone Consumer Protection Act (47 U.S.C. § 227 et seq.). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

5. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

6. Plaintiff's Complaint includes a demand for a jury trial. Defendant also demands a jury trial.

7. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

**CARLSON & MESSER, LLP**

DATED: April 14, 2017    By: s/ Alex A. Wade
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
CREDIT CONTROL SERVICES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2017, a true and accurate copy of the foregoing NOTICE OF REMOVAL was served via mail and email on the following person:

Todd M. Friedman
Adrian R. Bacon
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Tel: 877-206-4741
Fax: 866-633-0228
Email: tfriedman@toddflaw.com
          abacon@toddflaw.com

**CARLSON & MESSER LLP**

/s/ Alex A. Wade
Alex A. Wade