David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
Wadea@cmtlaw.com
**CARLSON & MESSER LLP**
9841 Airport Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant,
CREDIT CONTROL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SLOATMAN, III and KATHRYN THYNE, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIT CONTROL SERVICES, INC.; DOES 1 through 10, <br><br> Defendants. | CASE NO. 2:17-cv-02862-DSF-SK <br><br> **NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that a settlement has been reached between Plaintiffs, JOHN SLOATMAN and KATHRYN THYNE and Defendant CREDIT CONTROL SERVICES, INC.  In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

                                                  **CARLSON & MESSER LLP**

Dated: May 11, 2017         By: /s/Alex A. Wade
                                              David J. Kaminski
                                              Alex A. Wade
                                              *Attorneys for Defendant,*
                                              *CREDIT CONTROL SERVICES, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2017, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

tfriedman@toddflaw.com
abacon@toddflaw.com

**CARLSON & MESSER LLP**

DATED: May 11, 2017   By:  /s/Alex A. Wade
David J. Kaminski
Alex A. Wade
*Attorneys for Defendant,*
*CREDIT CONTROL SERVICES, INC.*